MCGREGOR W. SCOTT
United States Attorney
HENRY Z. CARBAJAL III
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:15-cr-00233 DAD-BAM |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE; FINDINGS AND ORDER |
| v. | |
| MANUEL CADENAS RIVAS, | DATE: April 27, 2020<br>TIME: 1:00 p.m.<br>JUDGE: Hon. Barbara A. McAuliffe |
| Defendant. | |

**STIPULATION**

The United States of America, by and through its counsel of record, and defendants, by and through their counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on March 23, 2020, at 1:00 p.m. Time was excluded pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161, et seq. Dkt. No. 165.

2. By this stipulation, defendant now moves to continue the status conference until **April 27, 2020 at 1:00 p.m.** before Judge McAuliffe, and to exclude time between the date of this stipulation and April 27, 2020 under 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii) and (iv). The government joins in this request.

3. The parties therefore agree and stipulate, and request that the Court find the

1

following:

    a. The government has represented that the discovery associated with this case currently includes more than 100,000 pages of Bates stamped discovery, including items seized by search warrant, investigative reports and related documents. Initial discovery has been produced directly to counsel with the remaining items made available for inspection and copying. The government will produce Bates stamped copies of the remaining discovery on a rolling basis, as soon as practicable.

    b. Defense counsel for Mr. Pena requires additional time to review discovery. Moreover, the government is in the process of sending a plea offer to the defendant. The parties need additional time for the government to provide, and for Mr. Pannu's counsel to review, additional discovery material and for defense counsel to communicate with his client regarding the forthcoming plea offer. Thus, the requested continuance will conserve time and resources for the parties and the Court.

    c. Counsel for defendant believes that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    d. The government does not object to, and agrees with, the requested continuance.

    e. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    f. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period from the date of this stipulation to April 27, 2020, inclusive, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii) and (iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best

interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

DATED: March 17, 2020

/s/James Homola
JAMES HOMOLA
Counsel for Defendant
MANUEL CADENAS RIVAS

DATED: March 17, 2020

/s/ Henry Z. Carbajal III
HENRY Z. CARBAJAL III
Assistant United States Attorney

**O R D E R**

IT IS SO ORDERED that the 1st Status Conference is continued from March 23, 2020 to **April 27, 2020 at 1:00 PM before Magistrate Judge Barbara A. McAuliffe**. The time period from March 17, 2020 to April 27, 2020, inclusive, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii) and (iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: **March 17, 2020**      /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE

3