PHILLIP A. TALBERT
Acting United States Attorney
HENRY Z. CARBAJAL III
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for the
  United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>MANUEL CADENAS RIVAS,<br><br>　　　　　　　Defendant. | CASE NO. 1:15-CR-00233-DAD-BAM<br><br>FINAL ORDER OF FORFEITURE |

On May 6, 2021, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), based upon the plea agreement entered into between plaintiff and defendant Manuel Cadenas Rivas, forfeiting to the United States the following property:

　　a.　Toshiba laptop;
　　b.　Garmin Nuvi GPS;
　　c.　LG cell phone – silver;
　　d.　LG cell phone – black, S/N: 309KPNY427255;
　　e.　Alcatel cell phone – black;
　　f.　AT&T flip phone – S/N: 327B5106251A;
　　g.　AT&T flip phone – blue/black;
　　h.　Blackberry Curve;
　　i.　Alcatel one touch cell phone;
　　j.　Kyocera flip phone (1);
　　k.　Kyocera flip phone (2);
　　l.　AT&T cell phone S/N: 328451528834;
　　m.　AT&T cell phone;
　　n.　Various state license plates;

1

      o.    Miscellaneous documents seized by law enforcement in Las Vegas, Nevada in September 2015;
      p.    Green spiral notebook;
      q.    Apple iPhone 5; and
      r.    A personal forfeiture money in the amount of restitution ordered by the Court at sentencing.

Beginning on May 11, 2021, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property.

The Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1.    A Final Order of Forfeiture shall be entered forfeiting to the United States all right, title, and interest in the below-listed property pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), including all right, title, and interest of Manuel Cadenas Rivas:

      a.    Toshiba laptop;
      b.    Garmin Nuvi GPS;
      c.    LG cell phone – silver;
      d.    LG cell phone – black, S/N: 309KPNY427255;
      e.    Alcatel cell phone – black;
      f.    AT&T flip phone – S/N: 327B5106251A;
      g.    AT&T flip phone – blue/black;
      h.    Blackberry Curve;
      i.    Alcatel one touch cell phone;
      j.    Kyocera flip phone (1);
      k.    Kyocera flip phone (2);
      l.    AT&T cell phone S/N: 328451528834;
      m.    AT&T cell phone;
      n.    Various state license plates;
      o.    Miscellaneous documents seized by law enforcement in Las Vegas, Nevada in September 2015;
      p.    Green spiral notebook;
      q.    Apple iPhone 5; and
      r.    A personal forfeiture money in the amount of restitution ordered by the Court at sentencing.

2.    All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The U.S. Customs and Border Protection shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated: **July 21, 2021**

_Dale A. Drozd_
UNITED STATES DISTRICT JUDGE

Final Order of Forfeiture